**Electronically Filed
Supreme Court
SCPW-24-0000368
29-APR-2025
01:01 PM
Dkt. 9 ODDP**

SCPW-24-0000368

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LEROY LEE BOLDEN,
Petitioner,

vs.

STATE OF HAWAI'I,
Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of petitioner LeRoy Lee Bolden's (1) May 13, 2024 "Motion of Inmate Complaint," (2) January 24, 2025 "Motion of inmate complaint," and (3) April 9, 2025 "Motion of Inmate Complaint," which the court collectively construes as a petition for writ of mandamus, petitioner has not demonstrated a clear and indisputable right to relief and/or a lack of alternative means to obtain the relief sought. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, April 29, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens